# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIEL CHRISTINA EURE, et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 18-1891 |
| FRIENDS' CENTRAL SCHOOL : | |
| CORP., et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this ___2nd____ day of August, 2019, upon consideration of Defendants' Motion to Dismiss ("Motion") (ECF No. 7) and Plaintiffs' Reply in Opposition (ECF Nos. 11, 12) **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED IN PART** and **GRANTED IN PART**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated August _2nd__, 2019.